**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JASON D. HARRIS,                       )      NO. CV 11-3063-JSL(E)
                                       )
                Petitioner,            )
                                       )
     v.                                )      ORDER ADOPTING FINDINGS,
                                       )
C.R.C. STATE PRISON,                   )      CONCLUSIONS AND RECOMMENDATIONS OF
                                       )
                Respondent.            )      UNITED STATES MAGISTRATE JUDGE
                                       )
_____)

        Pursuant to 28 U.S.C. section 636, the Court has reviewed the

Petition, all of the records herein and the attached Report and

Recommendation of United States Magistrate Judge. The Court approves

and adopts the Magistrate Judge's Report and Recommendation.


        IT IS ORDERED that Judgment be entered denying and dismissing the

Petition without prejudice.

///

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2  the Magistrate Judge's Report and Recommendation and the Judgment
3  herein on Petitioner and counsel for Respondent.

4

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7        DATED: June 6, 2011.

8

9

10   _____
11              J. SPENCER LETTS
            UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28