**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JASON D. HARRIS, | ) | NO. CV 11-3063-JSL(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| C.R.C. STATE PRISON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 6, 2011.

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE